AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Carl Ray McNeill,<br>*Plaintiff*,<br>v.<br>Dewayne Alexander Marshall, and<br>Marketing Associates, Inc. d/b/a<br>Applied Polymerics, Inc.<br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>) | Civil Action No.   2:16-cv-00191-PMD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

■ the plaintiff, Carl Ray McNeill, recover from the defendants, Dewayne Alexander Marshall, and Marketing Associates, Inc. d/b/a Applied Polymerics, Inc., the amount of six million dollars and 00/100 ($6,000,000.00), with interest at the rate of 1.45 % as provided by law until paid.

■    other: Defendants admitted liability as to Plaintiff's negligence causes of action.  The jury found by a preponderance of the evidence that Plaintiff, Carl Ray McNeill, sustained $6,000,000.00 in damages as a result of Defendants' admitted negligence.

This action was *(check one)*:

■ tried by a jury, Honorable Patrick Michael Duffy, Senior United States District Judge, presiding, and the jury has rendered a verdict.

❒ tried by the Honorable_____, presiding, without a jury and the above decision was reached.

❒ decided by the Honorable United States District Judge.

Date:   November 9, 2017                                            *CLERK OF COURT*


                                                                    s/Crystal Perry
                                                          _____
                                                              *Signature of Clerk or Deputy Clerk*